In the Matter of the Arbitration between SAMUEL MARTZ, Respondent, and MORRIS L. MARTZ, Appellant, et al., Respondents.— Appeal from an order granting the motion of respondent Samuel Martz to designate a third arbitrator to act in an arbitration, and from an order denying appellant's motion to disqualify the arbitrator designated to act for respondents and to disqualify an attorney from acting as counsel to respondents. Orders affirmed, with one bill of $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.